# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Angel Torres<br>Kenneth Shon Ashby, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00103-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Police<br>Department<br>City of Charlotte<br>Zafar Shums<br>City of Charlotte Code Enforcement<br>Calvary Church, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2015 Order and August 6, 2015 Order.

August 27, 2015

_____
Frank G. Johns, Clerk
United States District Court