IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-103

| | |
|---|---|
| SHON ASHBY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>CITY OF CHARLOTTE, *et al.*, )<br>)<br>Defendants. )<br>_____) | ORDER |

This matter is before the Court upon Defendant Calvary Church's Motion to Enjoin Plaintiff Ashby from Filing Future *Pro Se* Lawsuits against Calvary Church (Doc. No. 5) and Plaintiff Ashby's *pro se* "Motion to Enjoin Defendant from Ever Disrupting the Speech and Ministry Efforts of Shon Ashby" (Doc. No. 13).

Plaintiffs filed this lawsuit alleging that Defendants violated their rights under 42 U.S.C. § 1983. All Defendants moved to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The Court granted Defendant Calvary Church's motion on July 23, 2015, and granted the motion of the remaining Defendants on August 6, 2015. A Clerk's Judgment was entered and this case was closed on August 27. The Court finds that both motions to enjoin are therefore moot. However, the Court does note that even if the Defendant's Motion to Enjoin was not moot, a pre-filing injunction requires a far more extensive record of abusive filing than this case presents.

IT IS THEREFEORE ORDERED that Defendant Calvary Church's Motion to Enjoin Plaintiff Ashby from Filing Future *Pro Se* Lawsuits against Calvary Church (Doc. No. 5) and

Plaintiff Ashby's *pro se* "Motion to Enjoin Defendant from Ever Disrupting the Speech and Ministry Efforts of Shon Ashby" (Doc. No. 13) are both DENIED as moot.

Signed: September 1, 2015

Graham C. Mullen
United States District Judge